# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 23-19344-RG |
| --- | --- | --- |
| Eric Paul Klein, | Chapter: | 7 |
| Debtor. | Adv. Pro. No.: | |
| | Judge: | Rosemary Gambardella |

## NOTICE OF PROPOSED PRIVATE SALE

Jeffrey T. Testa, Esq., _____Chapter 7 Trustee_____ in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | 50 Walnut St. |
| --- | --- |
| | POB 1352 |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on May 27, 2025 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3E, 50 Walnut Street, 3rd Fl., Newark, NJ 07102. (Hearing date must be at least 28 days from the date of this notice.) If no objection to the sale is filed, the clerk will enter a *Certificate of No Objection*, and the sale will be held as proposed.

| Description of property to be sold: | The Debtor's 50% interest in certain real property located at 48 Woodlawn Drive, Morristown, NJ. The Debtor's interest in the property is being sold subject to all existing mortgages on the property and all municipal assessments, including real estate taxes. |
| --- | --- |

| Proposed Purchaser: | Andrea Klein, the Debtor's non-debtor spouse. |
|---|---|
| Sale Price: | $114,237.00, less a credit for the buyer's domestic support claim pursuant to 11 U.S.C.§507(a)(1)(A) in the amount of $19,062.22, for a net to the estate of $95,174.78. |

☐   Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:<br><br>Amount to be paid:<br><br>Services rendered. |  |
|---|---|

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth aboge.

Objections must be served on, and requests for additional information directed to:

NAME:        /s/   SCOTT S. REVER, ESQ

ADDRESS:    110 Allen Road, Suite 304, Basking Ridge, NJ 07920

TELEPHONE: 973-387-7801

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Paul Klein  
    Debtor

Case No. 23-19344-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 22, 2025      Form ID: pdf905      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Paul Klein, 1512 N. Montezuma Heights Rd, Camp Verde, AZ 86322-7498 |
| aty | + | Genova Burns LLC, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| 520059595 | + | Andrea Klein, 48 Woodlawn Drive, Morristown, NJ 07960-3774 |
| 520059598 | | Damiano M. Fracasso, Esq., 119 HIGH ST - 1ST FLOOR, PO BOX 528, Hackettstown, NJ 07840-0528 |
| 520059601 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 520059603 | + | Michelle Levin, Esq., Family Focused Legal Solutions, 360 Mt. Kemble Ave., Suite 3001, Morristown, NJ 07960-6662 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2025 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2025 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 22 2025 21:40:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 22 2025 21:39:00 | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 520059592 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 22:00:34 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520059593 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 22:00:49 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520206300 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 21:49:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520059594 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 22:00:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520186097 | + | Email/Text: attorneys@msklaw.net | Apr 22 2025 21:39:00 | Andrea Klein, c/o Mellinger Kartzman LLC, Judah Loewenstein, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520059596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 22:00:48 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520059597 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 22 2025 21:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: pdf905 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520059599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2025 21:40:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 520215779 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2025 21:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520059602 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 22 2025 21:40:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 520059605 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 520059607 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | PNC Bank, 500 First Ave., Pittsburgh, PA 15219 |
| 520059606 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 520229565 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520059609 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520059610 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 21:39:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520059608 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2025 21:39:00 | PNC Bank, Bank Card Services, P.O. Box 15137, Wilmington, DE 19886-5137 |
| 520059604 | + | Email/Text: recovery@paypal.com | Apr 22 2025 21:39:00 | Pay Pal, 2211 N/ 1st Street, San Jose, CA 95131-2021 |
| 520059611 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 22 2025 21:39:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 520059612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2025 21:49:17 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520059613 | ^ | MEBN | Apr 22 2025 21:38:09 | Toyota Motor Credit Corp/Mazda Financial, Attn: Bankruptcy, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 520200212 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2025 22:00:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Andrea Klein, 48 Woodlawn Drive, Morristown, NJ 07960-3774 |
| 520059600 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf905 | Total Noticed: 33 |

Date: Apr 24, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | on behalf of Trustee Jeffrey Thomas Testa jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Judah B Loewenstein | on behalf of Creditor Andrea Klein jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Matthew K. Fissel | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Scott D. Sherman | on behalf of Debtor Eric Paul Klein ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Trustee Jeffrey Thomas Testa srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8