| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> **GENOVA BURNS, LLC** <br> 110 Allen Road, Suite 304 <br> Basking Ridge, New Jersey  07920 <br> T: (973) 387-7801 <br> E: srever@genovaburns.com <br> Counsel for Jeffrey T. Testa, Esq. Chapter 7 Trustee <br> SCOTT S. REVER (SR 1425) |
| In Re: <br><br> **ERIC PAUL KLEIN**, <br><br> Debtor. |

Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-19344

Chapter: 7

Hearing Date: May 27, 2025 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL THE DEBTOR'S INTEREST IN CERTAIN REAL PROPERTY, AVOIDING LIENS PURSUANT TO 11 U.S.C. §544, WAIVING STAY OF ORDER PURSUANT TO F.R.B.P. 6004(h), AND GRANTING OTHER RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through seven (7) is hereby

**ORDERED.**

**DATED: May 27, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

---

**THIS MATTER** having come on before the Court by reason of a Motion filed by Jeffrey T. Testa, Esq., Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and through his attorneys, Genova Burns, LLC, seeking the entry of an Order authorizing the Trustee to sell the Debtor's interest in certain real property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay order pursuant to F.R.B.P. 6004(h), and granting other related relief; and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the proposed sale have been filed within the time set by the Clerk or such objections have been resolved; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized to sell the Debtor's 50% interest in certain real estate known as 48 Woodlawn Drive, Morristown, New Jersey (the "Property") to Andrea Klein, the Debtor's non-debtor spouse, for the sum of $114,237.00, less a credit for the buyer's domestic support claim pursuant to 11 U.S.C.§507(a)(1)(A) in the amount of $19,062.22, for a net to the estate of $95,174.78 pursuant to, and subject to, the Sale Agreement attached to the Motion as Exhibit "A", which sale shall be subject to all existing mortgages on the property and all municipal assessments, including real

**(Page 3)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

---

estate taxes but free and clear of other liens, claims and interests, in accordance with the applicable provisions of the Bankruptcy Code and further Order of this Court; and it is further

**ORDERED**, that upon closing the Buyer's domestic support claim, Claim No. 1 in the amount $19,062.22, shall be deemed satisfied and removed from record; and it is further

**ORDERED**, that the Buyer is a buyer in good faith under §363(m) of the Bankruptcy Code and, as such, is entitled to the protections afforded thereby; and it is further

**ORDERED**, that the Debtor is hereby directed to execute any and all documents which may be required to consummate the proposed sale and to cooperate with the Trustee in delivering a clear and marketable title to the Property; and it is further

**ORDERED**, that the judgment obtain against a person with the same name as the Debtor by McGhan Friss Franks & Tripician on or about June 5, 2007 in the Superior Court of New Jersey in the amount of $699.11, is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2013 Judgment no. DJ-196543-2013 in the amount of $500.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about September 29, 2015 Judgment no. DJ-

**(Page 4)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

---

174530-2015 in the amount of $104.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 7, 2020 Judgment no. DJ-058611-2020 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about June 22, 2021 Judgment no. DJ-045435-2021 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 19, 2022, Judgment no. DJ-048301-2022 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2024 Judgment no. DJ-115869-2024 in the amount of $150.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Trustee shall be and hereby is authorized to grant a Trustee's Deed to the Buyer, and to take all actions as may reasonably be required that are consistent with the

**(Page 5)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

Agreement for the purpose of effectuating the proposed sale of the estate's interest in the Property to the Buyer; and it is further

**ORDERED**, that the Debtor shall provide the Trustee with an Affidavit of Title representing that none of the judgments appearing on the judgment search provided to the Trustee are against him, other than the support payment and bankruptcy proceeding; and it is further

**ORDERED**, that upon receipt of a copy of this Order, certified to be a true copy by Jeffrey T. Testa, Esq., the Clerk of the Superior Court of New Jersey is hereby instructed to note in the margin of the following judgment and six (6) Certificates of Debt that same do not constitute liens against the Property located at 48 Woodlawn Drive, Morristown, New Jersey, and shall further set forth on the record or in the margin of the record of said judgment the date of entry of this Order:

    a.    The judgment obtained against a person with the same name as the Debtor by McGhan Friss Franks & Tripician on or about June 15, 2007 in the Superior Court of New Jersey in the amount of $699.11, Judgment number J-162937-2007;

**(Page 6)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

b. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2013, Judgment no. DJ-196543-2013 in the amount of $500.00;

c. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about September 29, 2015, Judgment no. DJ-174530-2015 in the amount of $104.00;

d. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 7, 2020, judgment no. DJ-058611-2020 in the amount of $1,000.00;

e. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about June 22, 2021, Judgment no. DJ-045435-2021 in the amount of $1,000.00;

f. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 19, 2022, Judgment No. DJ-048301-2022 in the amount of $1,000.00; and

**(Page 7)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

___

g. The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2024, Judgment no. DJ-115869-2024 in the amount of $150.00; and it is further

**ORDERED**, that the Court shall retain jurisdiction to enforce the terms of the within Order; and it is further

**ORDERED**, that a copy of this Order shall be served on all parties who are affected by this action within seven days (7) days of the date hereof.

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).