**Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **GENOVA BURNS, LLC** |
| 110 Allen Road, Suite 304 |
| Basking Ridge, New Jersey  07920 |
| T: (973) 387-7801 |
| E: srever@genovaburns.com |
| Counsel for Jeffrey T. Testa, Esq. Chapter 7 Trustee |
| SCOTT S. REVER (SR 1425) |

In Re:

**ERIC PAUL KLEIN**,

                Debtor.

Case No.: 23-19344

Chapter: 7

Hearing Date: May 27, 2025 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL THE DEBTOR'S INTEREST IN CERTAIN REAL PROPERTY, AVOIDING LIENS PURSUANT TO 11 U.S.C. §544, WAIVING STAY OF ORDER PURSUANT TO F.R.B.P. 6004(h), AND GRANTING OTHER RELATED RELIEF**

    The relief set forth on the following pages, numbered two (2) through seven (7) is hereby

**ORDERED.**

**DATED: May 27, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

_____

**THIS MATTER** having come on before the Court by reason of a Motion filed by Jeffrey T. Testa, Esq., Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and through his attorneys, Genova Burns, LLC, seeking the entry of an Order authorizing the Trustee to sell the Debtor's interest in certain real property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay order pursuant to F.R.B.P. 6004(h), and granting other related relief; and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the proposed sale have been filed within the time set by the Clerk or such objections have been resolved; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized to sell the Debtor's 50% interest in certain real estate known as 48 Woodlawn Drive, Morristown, New Jersey (the "Property") to Andrea Klein, the Debtor's non-debtor spouse, for the sum of $114,237.00, less a credit for the buyer's domestic support claim pursuant to 11 U.S.C.§507(a)(1)(A) in the amount of $19,062.22, for a net to the estate of $95,174.78 pursuant to, and subject to, the Sale Agreement attached to the Motion as Exhibit "A", which sale shall be subject to all existing mortgages on the property and all municipal assessments, including real

**(Page 3)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

___

estate taxes but free and clear of other liens, claims and interests, in accordance with the applicable provisions of the Bankruptcy Code and further Order of this Court; and it is further

**ORDERED**, that upon closing the Buyer's domestic support claim, Claim No. 1 in the amount $19,062.22, shall be deemed satisfied and removed from record; and it is further

**ORDERED**, that the Buyer is a buyer in good faith under §363(m) of the Bankruptcy Code and, as such, is entitled to the protections afforded thereby; and it is further

**ORDERED**, that the Debtor is hereby directed to execute any and all documents which may be required to consummate the proposed sale and to cooperate with the Trustee in delivering a clear and marketable title to the Property; and it is further

**ORDERED**, that the judgment obtain against a person with the same name as the Debtor by McGhan Friss Franks & Tripician on or about June 5, 2007 in the Superior Court of New Jersey in the amount of $699.11, is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2013 Judgment no. DJ-196543-2013 in the amount of $500.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about September 29, 2015 Judgment no. DJ-

**(Page 4)**

Debtor: Eric Paul Klein

Case no.: 23-19344

Caption of Order: Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief

___

174530-2015 in the amount of $104.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 7, 2020 Judgment no. DJ-058611-2020 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about June 22, 2021 Judgment no. DJ-045435-2021 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 19, 2022, Judgment no. DJ-048301-2022 in the amount of $1,000.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2024 Judgment no. DJ-115869-2024 in the amount of $150.00 is avoided as to the Property and its proceeds; and it is further

**ORDERED**, that the Trustee shall be and hereby is authorized to grant a Trustee's Deed to the Buyer, and to take all actions as may reasonably be required that are consistent with the

**(Page 5)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

___

Agreement for the purpose of effectuating the proposed sale of the estate's interest in the Property to the Buyer; and it is further

**ORDERED**, that the Debtor shall provide the Trustee with an Affidavit of Title representing that none of the judgments appearing on the judgment search provided to the Trustee are against him, other than the support payment and bankruptcy proceeding; and it is further

**ORDERED**, that upon receipt of a copy of this Order, certified to be a true copy by Jeffrey T. Testa, Esq., the Clerk of the Superior Court of New Jersey is hereby instructed to note in the margin of the following judgment and six (6) Certificates of Debt that same do not constitute liens against the Property located at 48 Woodlawn Drive, Morristown, New Jersey, and shall further set forth on the record or in the margin of the record of said judgment the date of entry of this Order:

    a.    The judgment obtained against a person with the same name as the Debtor by McGhan Friss Franks & Tripician on or about June 15, 2007 in the Superior Court of New Jersey in the amount of $699.11, Judgment number J-162937-2007;

**(Page 6)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

___

      b.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2013, Judgment no. DJ-196543-2013 in the amount of $500.00;

      c.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about September 29, 2015, Judgment no. DJ-174530-2015 in the amount of $104.00;

      d.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 7, 2020, judgment no. DJ-058611-2020 in the amount of $1,000.00;

      e.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about June 22, 2021, Judgment no. DJ-045435-2021 in the amount of $1,000.00;

      f.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about April 19, 2022, Judgment No. DJ-048301-2022 in the amount of $1,000.00; and

**(Page 7)**

| | |
|---|---|
| Debtor: | Eric Paul Klein |
| Case no.: | 23-19344 |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Debtor's Interest in Certain Real Property, avoiding liens pursuant to 11 U.S.C. §544, waiving stay of order pursuant to F.R.B.P. 6004(h), and granting other related relief |

_____

g.      The Certificate of Debt filed against a person with the same name as the Debtor by Motor Vehicle Commission on or about October 1, 2024, Judgment no. DJ-115869-2024 in the amount of $150.00; and it is further

**ORDERED**, that the Court shall retain jurisdiction to enforce the terms of the within Order; and it is further

**ORDERED**, that a copy of this Order shall be served on all parties who are affected by this action within seven days (7) days of the date hereof.

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 23-19344-MEH
Eric Paul Klein                                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: May 28, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + Eric Paul Klein, 1512 N. Montezuma Heights Rd, Camp Verde, AZ 86322-7498

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Andrew L. Spivack
     on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jeffrey Thomas Testa
     jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jeffrey Thomas Testa
     on behalf of Trustee Jeffrey Thomas Testa jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Judah B Loewenstein
     on behalf of Creditor Andrea Klein jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 28, 2025 Form ID: pdf903 Total Noticed: 1

Scott D. Sherman
    on behalf of Debtor Eric Paul Klein ssherman@minionsherman.com

Scott S. Rever
    on behalf of Trustee Jeffrey Thomas Testa srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Steven A. Jayson
    on behalf of Creditor Andrea Klein sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10