Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19344−MEH
Chapter: 7
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Paul Klein
   1512 N. Montezuma Heights Rd
   Camp Verde, AZ 86322

Social Security No.:
   xxx−xx−0807

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date:       7/15/25
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Genova Burns LLC, Trustee's Attorney

COMMISSION OR FEES
$30,172.50

EXPENSES
$102.60

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 10, 2025
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-19344-MEH |
| Eric Paul Klein | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: 137 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Paul Klein, 1512 N. Montezuma Heights Rd, Camp Verde, AZ 86322-7498 |
| aty | + | Genova Burns LLC, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| 520059595 | + | Andrea Klein, 48 Woodlawn Drive, Morristown, NJ 07960-3774 |
| 520059598 | | Damiano M. Fracasso, Esq., 119 HIGH ST - 1ST FLOOR, PO BOX 528, Hackettstown, NJ 07840-0528 |
| 520059601 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 520059603 | + | Michelle Levin, Esq., Family Focused Legal Solutions, 360 Mt. Kemble Ave., Suite 3001, Morristown, NJ 07960-6662 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 10 2025 20:59:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 10 2025 20:58:00 | Toyota Motor Credit Corporation, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Ste 350, Dallas, TX 75254-7685 |
| 520059592 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2025 21:15:18 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520059593 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2025 21:04:27 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520206300 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2025 21:03:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520059594 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2025 21:04:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520186097 | + | Email/Text: attorneys@msklaw.net | Jun 10 2025 20:58:00 | Andrea Klein, c/o Mellinger Kartzman LLC, Judah Loewenstein, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520059596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2025 21:04:01 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520059597 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 10 2025 20:58:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520059599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2025 20:59:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 520215779 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2025 21:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520059602 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 10 2025 20:59:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 520059605 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 520059607 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | PNC Bank, 500 First Ave., Pittsburgh, PA 15219 |
| 520059606 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274 |
| 520229565 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520059609 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520059610 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2025 20:58:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520059608 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 10 2025 20:57:00 | PNC Bank, Bank Card Services, P.O. Box 15137, Wilmington, DE 19886-5137 |
| 520059604 | + | Email/Text: recovery@paypal.com | Jun 10 2025 20:57:00 | Pay Pal, 2211 N/ 1st Street, San Jose, CA 95131-2021 |
| 520059611 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 10 2025 20:58:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 520059612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 10 2025 21:05:05 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 520059613 | ^ | MEBN | Jun 10 2025 20:47:28 | Toyota Motor Credit Corp/Mazda Financial, Attn: Bankruptcy, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 520200212 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2025 21:04:14 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Andrea Klein, 48 Woodlawn Drive, Morristown, NJ 07960-3774 |
| 520059600 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 23-19344-MEH    Doc 42    Filed 06/12/25    Entered 06/13/25 00:18:24    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: 137 | Total Noticed: 33 |

| Date: Jun 12, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | on behalf of Trustee Jeffrey Thomas Testa jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Judah B Loewenstein | on behalf of Creditor Andrea Klein jloewenstein@msklaw.net  sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Scott D. Sherman | on behalf of Debtor Eric Paul Klein ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Trustee Jeffrey Thomas Testa srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Steven A. Jayson | on behalf of Creditor Andrea Klein sjayson@msklaw.net  jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10