UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS, LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
T: 973-387-7801
E: srever@genovaburns.com
Counsel to Jeffrey T. Testa, Esq., Ch. 7 Trustee
SCOTT S. REVER, ESQ.

Order Filed on July 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERIC PAUL KLEIN,

              Debtor.

| | |
|---|---|
| Case No.: | 23-19344 MEH |
| Hearing Date: | 7/15/2025 at 10:00 am |
| Judge: | VFP |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Genova Burns, LLC | $30,172.50 | $102.60 |

*rev.8/1/15*