UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JEFFREY T. TESTA, TRUSTEE
McCarter & English, Four Gateway Center,
100 Mulberry Street
Newark, NJ 07102-4079
Chapter 7 Trustee

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Eric Klein**

                    Debtor.

Case No. : 23-19344

Chapter 7

Judge: Mark E. Hall

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 22, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**
Debtor: Klein, Eric Paul

Case No.: 23-19344-MEH
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

ORDERED that the sum of $9,440.43 is reasonable compensation for the services in this case by Jeffrey T. Testa, trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

ORDERED that 0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

ORDERED that such sums are awarded to the trustee.