UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JEFFREY T. TESTA, TRUSTEE
McCarter & English, Four Gateway Center,
100 Mulberry Street
Newark, NJ 07102-4079
Chapter 7 Trustee

In Re:

**Eric Klein**

Debtor.

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. : 23-19344

Chapter 7

Judge: Mark E. Hall

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 22, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**
Debtor: Klein, Eric Paul

Case No.: 23-19344-MEH
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $9,440.43 is reasonable compensation for the services in this case by Jeffrey T. Testa, trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that 0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                       Case No. 23-19344-MEH

Eric Paul Klein                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                               Page 1 of 2

Date Rcvd: Jul 22, 2026                       Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric Paul Klein, 1512 N. Montezuma Heights Rd, Camp Verde, AZ 86322-7498 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | on behalf of Trustee Jeffrey Thomas Testa jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Accountant Bederson LLP jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Judah B Loewenstein | on behalf of Creditor Andrea Klein jloewenstein@msklaw.net  sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |

District/off: 0312-2                           User: admin                                    Page 2 of 2
Date Rcvd: Jul 22, 2026                        Form ID: pdf903                               Total Noticed: 1

Matthew K. Fissel
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                        matthew.fissel@brockandscott.com

Scott D. Sherman
                        on behalf of Debtor Eric Paul Klein ssherman@minionsherman.com

Scott S. Rever
                        on behalf of Trustee Jeffrey Thomas Testa scott.rever@stevenslee.com
                        scott.rever@ecf.inforuptcy.com;denise.mendez@stevenslee.com;dmendez@ecf.inforuptcy.com

Steven A. Jayson
                        on behalf of Creditor Andrea Klein sjayson@msklaw.net  jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11